# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. <u>CR-15-92-C</u> |
| ) | |
| OSCAR PERALTA-CASTREJON, ) | |
| ) | |
| Defendant. ) | |

## SEALING ORDER

The United States has filed a motion to seal the Government's Response in Opposition to Defendant's Motion to for Compassionate Release (Doc. No. 66) in the above-numbered case, pursuant to an Order under Local Criminal Rule 12.2.

WHEREUPON, the Court, being fully advised in the premises, finds that said motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Government's Response in the above-captioned case be filed in the Office of the Clerk of this Court under seal, so as not to become matters of public record in this Court, until further order of the Court.

**IT IS SO ORDERED THIS** <u>10th</u> day of February 2022.

*(signature)*
ROBIN J. CAUTHRON
United States District Judge